UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

VITAL PHARMACEUTICALS, INC., *et al.*,[1]

    Debtors.
_____/

VITAL PHARMACEUTICALS, INC., *et al.*,

    Plaintiffs,

v.

JOHN H. OWOC AND MEGAN E. OWOC,

    Defendants.
_____/

Case No.: 22-17842-PDR

Chapter 11
(Jointly Administered)

Adv. Proc. No. 23-01051-PDR

**NOTICE OF APPEAL**
**(ECF No. DE 183)**

**Part 1: Identify the appellant(s)**

1. Name of appellant(s): **JOHN H. OWOC AND MEGAN E. OWOC**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding:

☐ Plaintiff
■ **Defendant**
☐ Other (describe)

For appeals in a bankruptcy case and not in an adversary proceeding:

☐ Debtor
☐ Creditor
☐ Trustee
☐ Other (describe)

---

[1] The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

Adv. Proc. No. 23-01051-PDR

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

   **Final Judgment In Favor Of Plaintiffs VITAL PHARMACEUTICALS, INC., et al. Against JOHN H. OWOC and MEGAN E. OWOC (ECF No. 183)**

2. State the date on which the judgment, order, or decree was entered: **7/5/2023**

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: **Debtors (i) Vital Pharmaceuticals, Inc.; (ii) Bang Energy Canada, Inc.; (iii) JHO Intellectual Property Holdings, LLC; (iv) JHO Real Estate Investment, LLC; (v) Quash Seltzer, LLC; (vi) Rainbow Unicorn Bev LLC; and (vii) Vital Pharmaceuticals International Sales, Inc.**

   Attorneys:   Jordi Guso (Florida Bar No. 863580)
   Michael J. Niles (Florida Bar No. 107203)
   BERGER SINGERMAN LLP
   1450 Brickell Avenue, Suite 1900
   Miami, FL 33131
   Telephone: (305) 755-9500
   Email: jguso@bergersingerman.com
   Email: mniles@bergersingerman.com

   George A. Davis (admitted *pro hac vice*)
   Hugh K. Murtagh (admitted *pro hac vice*)
   Brian S. Rosen (admitted *pro hac vice*)
   Jonathan J. Weichselbaum (admitted *pro hac vice*)
   LATHAM & WATKINS LLP
   1271 Avenue of the Americas
   New York, NY 10020
   Telephone: (212) 906-1200

   - and –

   Andrew D. Sorkin (admitted *pro hac vice*)
   LATHAM & WATKINS LLP
   555 Eleventh Street, NW, Suite 1000
   Washington, D.C. 2004
   Telephone: (202) 637-2200

Adv. Proc. No. 23-01051-PDR

- and -

Whit Morley (admitted *pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700

2. <u>Party</u>: **Defendants John H. OWOC; Megan E. OWOC**

Attorneys:   Jonathan S. Feldman (Florida Bar No. 12682)
Phang & Feldman, P.A.
2 South Biscayne Blvd., Suite 1600
One Biscayne Tower
Miami, FL 33131
305-614-1223
Fax : 305-614-1187
Email: feldman@katiephang.com

Irwin R Gilbert (Florida Bar No. 99473)
Conrad & Scherer, LLP
633 S. Federal Highway, Suite 800
Fort Lauderdale, FL 33301
954-462-5500
Email: igilbert@conradscherer.com

**<u>Part 4: Not Applicable</u>**

**<u>Part 5: Sign Below</u>**

**<u>ATTORNEY CERTIFICATION</u>**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Adv. Proc. No. 23-01051-PDR

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served July 19, 2023, by Notice of Electronic Filing via CM/ECF to those parties registered to receive such notice in this case.

Dated: July 19, 2023

PHANG & FELDMAN, P.A.
*Attorneys for John H. Owoc, Megan Owoc,*
*Elite Island, LLC and Entourage IP Holding, LLC*
2 S. Biscayne Boulevard, Suite 1600
One Biscayne Tower
Miami, Florida 33131
Telephone: (305) 614-1223

By: */s/ Jonathan S. Feldman*
    Jonathan S. Feldman (12682)
    feldman@katiephang.com
    service@katiephang.com

### SERVICE LIST

| Attorneys for Appellees: | Hugh K. Murtagh hugh.murtagh@lw.com<br>Andrew D. Sorkin andrew.sorkin@lw.com<br>Elizabeth A. Morris elizabeth.morris@lw.com<br>Amy C. Quartarolo amy.quartarolo@lw.com |
|---|---|
| | Jordi Guso jguso@bergersingerman.com,<br>drt@bergersingerman.com,<br>efile@bergersingerman.com,<br>efile@ecf.inoruptcy.com,<br>fsellers@bergersingerman.com |



ORDERED in the Southern District of Florida on July 5, 2023.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| VITAL PHARMACEUTICALS, INC., *et al.*, | Case No. 22-17842-PDR |
| Debtors.[1] | (Jointly Administered) |
| _____/ | |
| VITAL PHARMACEUTICALS, INC., *et al.* | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 23-01051-PDR |
| JOHN H. OWOC and MEGAN E. OWOC, | |
| Defendants. | |
| _____/ | |

### FINAL JUDGMENT IN FAVOR OF PLAINTIFFS

Pursuant to and for the reasons stated in this Court's *Memorandum Opinion Granting Plaintiffs' Motion for Summary Judgment* dated June 16, 2023 [ECF No. 161, the "Memorandum

---

[1] The Debtors include (i) Vital Pharmaceuticals, Inc.; (ii) Bang Energy Canada, Inc.; (iii) JHO Intellectual Property Holdings, LLC; (iv) JHO Real Estate Investment, LLC; (v) Quash Seltzer, LLC; (vi) Rainbow Unicorn Bev LLC; and (vii) Vital Pharmaceuticals International Sales, Inc. The address of the Debtors is 1600 N. Park Drive, Weston, FL 33326. The last four digits of the Debtors' federal tax identification numbers are: (i) Vital Pharmaceuticals, Inc. (8430); (ii) Bang Energy Canada, Inc. (5454); (iii) JHO Intellectual Property Holdings, LLC (0010); (iv) JHO Real Estate Investment, LLC (9394); (v) Quash Seltzer, LLC (6501); (vi) Rainbow Unicorn Bev LLC (2254); and (vii) Vital Pharmaceuticals International Sales, Inc. (8019).

12217221-3

Opinion"], the Court hereby

**ORDERS AND ADJUDGES** as follows:

1. Final Summary Judgment is entered in favor of the above captioned Plaintiffs ("Plaintiffs"), on Count I and Count II of the *Debtors' Adversary Complaint for Declaratory Judgment and Turnover of Estate Property* [ECF. No. 1].

2. The CEO Accounts[2] are the sole property of the Plaintiffs' estates.

3. The preliminary injunction granted pursuant to the *Order Granting Plaintiff's Motion For Preliminary Injunction* [ECF No. 127] is DISSOLVED. The Debtors shall maintain exclusive ownership and control of the CEO Accounts.

4. All pending motions are DENIED as moot.

5. The Court retains jurisdiction for the purposes of interpreting and enforcing this Final Judgment and to consider motions for attorney's fees, costs, and sanctions against the Defendants.

# # #

Submitted by:
Jordi Guso, Esq.
Michael J. Niles, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone (305) 755-9500
Facsimile: (305) 714-4340
E-mail: jguso@bergersingerman.com
E-mail: mniles@bergersingerman.com

Copies to:
Jordi Guso, Esq.
*(Attorney Guso is directed to serve a signed copy of this Order upon all interested parties and to file a Certificate of Service with the Court.)*

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Memorandum Opinion.